THOMAS N. STEWART, III - #88128
ATTORNEY AT LAW
369 BLUE OAK LANE, 2nd FLOOR
CLAYTON, CA 94517
TELEPHONE (925) 672-8452
TELEFAX (925) 673-1729
Attorneys for Albert Dytch

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT DYTCH, | Case No.  CV 10-2915 MEJ |
| Plaintiff, | STIPULATION TO CONTINUE HEARING ON MOTION TO DISMISS; ORDER |
| v. | |
| JANE H. YOON, Trustee, | October 21, 2010 |
| | 10:00 a.m. |
| Defendants. | SF; Courtroom B; 15th Floor |

The Parties Stipulate as follows:

This Action is brought pursuant to the Americans with Disabilities Act.  Plaintiff alleges that he is disabled and encountered barriers at the Restaurant where Defendant owns the real property.  Defendant set the hearing on his Motion to Dismiss for October 21, 2010.  Plaintiff's counsel is not available on that date.  Plaintiff's counsel and Defense counsel have conferred, and the first available dates for the hearing on the Motion to Dismiss are in January 2011.

Therefore, the Parties ask the Court to continue the hearing on Defendant's Motion to Dismiss to the Court's first available date in January 2011, which the Parties believe is January 6, 2011.

CV 10-2915 MEJ                             1

Date:  October 7, 2010                                    Date:  October 7, 2010


S/Thomas N. Stewart, III,                                 S/David B. Whitman,
Attorney for Plaintiff                                    Attorney for Defendant


ORDER:

    The Court, having read the above Stipulation, hereby continues the hearing on Defendant's Motion to Dismiss to January 13, 2011 at the same time and location.

Date: October 7, 2010

_____
Magistrate Judge Maria Elena James