# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| ALBERT DYTCH, | No. C 10-02915 MEJ |
| Plaintiff, | **ORDER GRANTING MOTION TO COMPEL** |
| v. | |
| JANE H. YOON, | **Docket No. 29** |
| Defendant. | |

_____/

The Court is in receipt of the parties' joint discovery dispute letter, filed November 10, 2011. Dkt. No. 29. Upon review of the letter, the Court hereby ORDERS Defendant to serve Answers to Plaintiff's Interrogatories pursuant to Federal Rule of Civil Procedure 33 by November 28, 2011. Failure to comply with this Order may result in the imposition of sanctions.

**IT IS SO ORDERED.**

Dated: November 14, 2011

_____
Maria-Elena James
United States Chief Magistrate Judge