THOMAS N. STEWART, III - #88128
ATTORNEY AT LAW
369 BLUE OAK LANE, 2nd FLOOR
CLAYTON, CA 94517
TELEPHONE (925) 672-8452
TELEFAX (925) 673-1729
Attorneys for Albert Dytch

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT DYTCH, | Case No.  CV 10-2915 MEJ |
| Plaintiff, | STIPULATION OF DISMISSAL; ORDER |
| v. | |
| JANE H. YOON, Trustee, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that this action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

Date: April 5, 2012                                              Date: April 5, 2012

S/David B. Whitman,                                        S/Thomas N. Stewart, III
Attorney for Defendant                                      Attorney for Plaintiff

IT IS SO ORDERED:

Date:  April 10, 2012

_____
Judge/Magistrate

CV 10-2915 MEJ                                                  1